### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Macrovision Corporation, a Delaware
corporation,

                Plaintiff(s),

           v.

Wise Solutions, Inc., a Michigan corporation,
and Altiris, Inc., a Delaware corporation,

              Defendant(s).

_____/

CASE NO. CV-06-07209-CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

   AS MODIFIED

       Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

     **Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)   (ADR L.R. 5)
          Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

     **Private Process:**
   ✓      Private ADR (*please identify process and provider*)  _____
The parties will agree on a mutually acceptable ADR provider who will conduct a mediation between the parties.

The parties agree to hold the ADR session by:
          the presumptive deadline *(The deadline is 90 days from the date of the order
          referring the case to an ADR process unless otherwise ordered. )*

   ✓      other requested deadline  after claim construction briefing has been submitted to the Court

Dated: 02/15/07 _____                   /s/ Bryan A. Kohm _____
                                          Attorney for Plaintiff

Dated: 02/15/07 _____                 /s/ L. Gene Spears _____
                                          Attorney for Defendant

~~[PROPOSED]~~ **ORDER**

The
~~Pursuant to the Stipulation above, the~~ captioned matter is hereby referred to:

      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
      Mediation
✓      Private ADR

Deadline for ADR session
    X  90 days from the date of this order.
~~✓    other    after claim construction briefing has been submitted to the Court~~

IT IS SO ORDERED.

Dated: 2/21/07

_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT     JUDGE