CHARLENE M. MORROW (CSB No. 136411)
STEPHEN R. DARTT (CSB No. 247552)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
cmorrow@fenwick.com

BRYAN A. KOHM (CSB No. 233276)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
bkohm@fenwick.com

Attorneys for Plaintiff and Counterclaim Defendant
Macrovision Corporation

Scott F. Partridge (*pro hac vice*)
L. Gene Spears (*pro hac vice*)
Lisa C. Kelly (*pro hac vice*)
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-7987
scott.partridge@bakerbotts.com

Attorneys for Defendants and Counterclaimants
Altiris, Inc. and Wise Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MACROVISION CORPORATION, a Delaware corporation,

Plaintiff,

v.

WISE SOLUTIONS, INC., a Michigan Corporation, and ALTIRIS, INC., a Delaware Corporation,

Defendants.

Case No. CV 06-07209-CW

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE**

**[FED. R. CIV. P. 41(A)((1)]**



FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Pursuant to the Parties' settlement agreement, Macrovision Corporation, on the one hand, and Altiris, Inc. and Wise Solutions, Inc., on the other, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1) that all claims and counterclaims in the action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 10, 2007

Fenwick & West LLP

By: /s/ Bryan A. Kohm
Bryan A. Kohm
Attorneys for Plaintiff and Counterclaim Defendant, Macrovision Corporation

Dated: May 10, 2007

Baker Botts LLP

By: /s/ Gene Spears
Gene Spears
Attorneys for Defendants and Counterclaimants Altiris, Inc. and Wise Solutions, Inc.

//
//
//
//
//
//
//
//
//
//
//
//

**ORDER**

The parties having so stipulated, IT IS ORDERED that all claims and counterclaims in the action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 14, 2007

By: ______________________________
Hon. Claudia Wilken
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW